FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC 13 PM 1:23

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 18 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

8:05cv477
8:05cv494

## CONDITIONAL TRANSFER ORDER (CTO-57)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,524 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-57 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  05-1270 | Julaika Stewart, et al. v. Wyeth, Inc., et al. |
| ALN  2  05-1537 | Nancy Vigars Schmid, et al. v. Wyeth, Inc., et al. |
| **ARKANSAS WESTERN** | |
| ARW  6  05-6074 | Shirley Davidson v. Wyeth, et al. |
| **CONNECTICUT** | |
| CT  3  05-1499 | Marion Wallach v. Wyeth, et al. |
| **FLORIDA MIDDLE** | |
| FLM  5  05-426 | Phyllis Hughes v. Wyeth, Inc., et al. |
| FLM  5  05-432 | Catherine Hoeing v. Wyeth, Inc., et al. |
| FLM  8  05-1882 | Lula Gerring v. Wyeth, Inc., et al. |
| FLM  8  05-1918 | Joan Salois v. Wyeth, Inc., et al. |
| **ILLINOIS CENTRAL** | |
| ILC  3  05-3224 | Kathryn E. Stankoven v. Wyeth |
| **KENTUCKY EASTERN** | |
| ~~KYE  7  05-321~~ | ~~Juanita Browning, et al. v. Wyeth, et al.~~  OPPOSED 12/05/05 |
| **MINNESOTA** | |
| MN  0  05-2311 | Paulette Kerr v. Wyeth, et al. |
| MN  0  05-2360 | Maureen Hannibal, et al. v. Wyeth, et al. |
| MN  0  05-2371 | Gail Kern, et al. v. Wyeth, et al. |
| MN  0  05-2393 | Joyce Gholston, et al. v. Wyeth, et al. |
| MN  0  05-2394 | Mary Lou Rich, et al. v. Wyeth, et al. |
| MN  0  05-2414 | Sharon Ladenes v. Wyeth, et al. |
| MN  0  05-2481 | Carol Cignotti v. Pharmacia & Upjohn Co., LLC, et al. |
| MN  0  05-2482 | Darline J. Robertson v. Wyeth Pharmaceuticals, Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE  4  05-1269 | Jacqueline Marie Martin, et al. v. Wyeth, et al. |
| MOE  4  05-1270 | Janet P. Bell, et al. v. Wyeth |
| MOE  4  05-1329 | Nancy Lee Bowen, et al v. Wyeth, et al. |
| MOE  4  05-1330 | Delores Joan Boyd, et al v. Wyeth, et al. |
| MOE  4  05-1331 | Mary Nell Kennedy, et al. v. Wyeth |
| **MISSOURI WESTERN** | |
| MOW  2  05-4322 | Leona Williams v. Wyeth, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  3  05-616 | Sara King v. Wyeth, et al. |
| **NEBRASKA** | |
| NE  8  05-477 | Shirley Engstrom, et al. v. Wyeth, et al. |
| NE  8  05-494 | Phyllis Stevenson v. Wyeth, Inc., et al. |

SCHEDULE CTO-57 - TAG-ALONG ACTIONS    MDL-1507        PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| OHIO NORTHERN | |
| OHN 1 05-2218 | Hwacha Thompson v. Wyeth, Inc., et al. |
| OHN 5 05-2224 | Shiela Zaidai, et al. v. Wyeth, Inc., et al. |
| OREGON | |
| OR 3 05-1556 | Marcia Cooper v. Wyeth, Inc., et al. |
| TEXAS WESTERN | |
| TXW 7 05-139 | Phyllis Short v. Wyeth, et al. |
| WASHINGTON WESTERN | |
| WAW 2 05-1592 | Doris Irene Gelstin v. Wyeth, et al. |

# INVOLVED COUNSEL LIST (CTO-57)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

David C. Banker
Bush Ross, P.A.
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33602-3913

James C. Barton, Jr.
Johnston, Barton, Proctor & Powell
2900 AmSouth Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203

Garrett D. Blanchfield, Jr.
Richard, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Carol D. Browning
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Maureen O. Bryan
Williams, Venker & Sanders, LLC
10 South Broadway, Suite 1600
St. Louis, MO 63102-2740

Gregory J. Bubalo
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Brian S. Campf
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road, Suite 450
Portland, OR 97225-6681

Matthew A. Clement
Cook, Vetter, Doerhoff & Landwehr
231 Madison Street
Jefferson City, MO 65101

Kathy A. Cochran
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1007

Martin D. Crump
Davis & Feder
1712 15th Street, Suite 300
P.O. Box 6829
Gulfport, MS 39501

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Gail Dalrymple
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Diane Fenner
Fenner & Boles
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004-1512

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Brenda S. Fulmer
Alley & Ingram, P.A.
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Michael K. Huffer
Cassem, Tierney Law Firm
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Gary C. Johnson
Gary C. Johnson, P.S.C.
104 Carolina Avenue
P.O. Box 231
Pikeville, KY 41502

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Harvey L. Kaplan
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Nikki M. Kavouklis
Law Offices of Nikki M. Kavouklis
114 South Pinellas Avenue
Tarpon Springs, FL 34689

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

INVOLVED COUNSEL LIST (CTO-57)   MDL-1507

PAGE 2 OF 3

Mike Liska
Gary C. Johnson, P.S.C.
1999 Richmond Road
Suite 4
Lexington, KY 40502-1200

Christopher J. Lynch
Halloran & Sage
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Margaret P. Mason
Tyler, Cooper & Alcorn
205 Church Street
P.O Box 1936
New Haven, CT 06509

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
600 U.S. Bank Plaza South Tower
220 South Sixth Street
Suite 600
Minneapolis, MN 55402-4501

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ron M. Meneo
Early & Ludwick, LLC
265 Church Street
11th Floor
New Haven, CT 06508-1866

Donald L. Miller, II
Frost, Brown & Todd, L.L.C.
400 West Market Street
32 Floor
Louisville, KY 40202-3363

Margaret A. Miller
Greenebaum, Doll & McDonald
300 W. Vine Street
Suite 1100
Lexington, KY 40507

Deborah A. Moeller
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Guy E. Motzer
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205

Maureen O'Connor
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

James A. O'Neal
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Kim M. Olson
Locke Liddell & Sapp, LLP
100 Congress Avenue
Suite 300
Austin, TX 78701

Lance Eugene Palmer
Kraft Palmer Davies, PLLC
720 Third Avenue
Suite 1510
Seattle, WA 98104-1825

Maibeth J. Porter
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Marcia M. Ridings
Hamm, Milby & Ridings
120 North Main Street
London, KY 40741-1369

Paheadra B. Robinson
Byrd, Gibbs & Martin, PLLC
427 East Fortification Street
P.O. Box 19
Jackson, MS 39205-0019

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Kenneth W. Smith
Roberts & Smith
167 West Main Street, Suite 200
Lexington, KY 40507

Ralph Streza
Porter, Wright, Morris & Arthur
925 Euclid Avenue
Suite 1700
Cleveland, OH 44115-1483

William P. Studer
Oppenheimer, Wolff & Donnelly, LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

James F. Szaller
Brown & Szaller
14222 Madison Avenue
Cleveland, OH 44107-4510

Mark Taylor
Cash, Klemchuk, Powers,& Taylor, LLP
Campbell Centre II, Suite 1575
8150 North Central Expressway
Dallas, TX 75206

Christopher W. Tompkins
Betts, Patterson & Mines
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

INVOLVED COUNSEL LIST (CTO-57)   MDL-1507                                                PAGE 3 OF 3

Brian D. Turner, Jr.
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Jack E. Urquhart
Beirne, Maynard & Parsons
Wells Fargo Bank Tower
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056-3000

Rebecca L. Wiggs
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Michael L. Williams
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Tricia N. Wisenbaker
Fulbright & Jaworski, L.L.P.
2200 Rose Avenue
Suite 2800
Dallas, TX 75201-2784

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

D.K. Yoshida
Thorsrud, Cane & Paulich
1325 Fourth Avenue
Suite 1300
Seattle, WA 98101

# INVOLVED JUDGES LIST (CTO-57)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse &
    Federal Building
Two South Main Street
Akron, OH 44308

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
    U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
    U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Anna J. Brown
U.S. District Judge
1427 Mark O. Hatfield
    U.S. Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203-2000

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Federal Building &
    U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
559 John Paul Hammerschmidt
    Federal Building
35 East Mountain Street
Fayetteville, AR 72701

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
    U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton
    U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Robert A. Junell
U.S. District Judge
101 Federal Building
200 East Wall Street
Midland, TX 79701

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger
    Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
    U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland
    U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger
    Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons
    U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

~~Hon. Danny C. Reeves~~
~~U.S. District Judge~~
~~434 U.S. Courthouse~~
~~310 South Main Street~~
~~London, KY 40741~~

## INVOLVED CLERKS LIST (CTO-57)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer I
Hot Springs, AR 71902-1979

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

John M. Waters, Clerk
151 Paul Findley Federal Building
600 East Monroe Street
Springfield, IL 62701

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

~~Leslie G. Whitmer, Clerk~~
~~203 Federal Building~~
~~110 Main Street~~
~~Pikeville, KY 41501~~

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sheryl L. Loesch, Clerk
U.S. District Court
207 N.W. Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William G. Putnicki, Clerk
316 U.S. Courthouse
200 E. Wall Street
Midland, TX 79701