

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC 27 PM 12: 29

OFFICE OF THE CLERK  8:05CV494

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 18 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### CONDITIONAL TRANSFER ORDER (CTO-57)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,524 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

RECEIVED
DEC 27 2005
CLERK
U.S. DISTRICT COURT
OMAHA

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

PAGE 1 OF 2

## SCHEDULE CTO-57 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA NORTHERN**
ALN 2 05-1270               Julaika Stewart, et al. v. Wyeth, Inc., et al.
ALN 2 05-1537               Nancy Vigars Schmid, et al. v. Wyeth, Inc., et al.

**ARKANSAS WESTERN**
ARW 6 ~~05-6074~~           Shirley Davidson v. Wyeth, et al.

**CONNECTICUT**
CT 3 05-1499                Marion Wallach v. Wyeth, et al.

**FLORIDA MIDDLE**
FLM 5 05-426                Phyllis Hughes v. Wyeth, Inc., et al.
FLM 5 05-432                Catherine Hoeing v. Wyeth, Inc., et al.
FLM 8 05-1882               Lula Gerring v. Wyeth, Inc., et al.
FLM 8 05-1918               Joan Salois v. Wyeth, Inc., et al.

**ILLINOIS CENTRAL**
ILC 3 05-3224               Kathryn E. Stankoven v. Wyeth

**KENTUCKY EASTERN**
~~KYE 7 05-321~~            ~~Juanita Browning, et al. v. Wyeth, et al.~~   OPPOSED 12/05/05

**MINNESOTA**
MN 0 05-2311                Paulette Kerr v. Wyeth, et al.
MN 0 05-2360                Maureen Hannibal, et al. v. Wyeth, et al.
MN 0 05-2371                Gail Kern, et al. v. Wyeth, et al.
MN 0 05-2393                Joyce Gholston, et al. v. Wyeth, et al.
MN 0 05-2394                Mary Lou Rich, et al. v. Wyeth, et al.
MN 0 05-2414                Sharon Ladenes v. Wyeth, et al.
MN 0 05-2481                Carol Cignotti v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 05-2482                Darline J. Robertson v. Wyeth Pharmaceuticals, Inc., et al.

**MISSOURI EASTERN**
MOE 4 05-1269               Jacqueline Marie Martin, et al. v. Wyeth, et al.
MOE 4 05-1270               Janet P. Bell, et al. v. Wyeth
MOE 4 05-1329               Nancy Lee Bowen, et al v. Wyeth, et al.
MOE 4 05-1330               Delores Joan Boyd, et al v. Wyeth, et al.
MOE 4 05-1331               Mary Nell Kennedy, et al. v. Wyeth

**MISSOURI WESTERN**
MOW 2 05-4322               Leona Williams v. Wyeth, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS 3 05-616                Sara King v. Wyeth, et al.

**NEBRASKA**
NE 8 05-477                 Shirley Engstrom, et al. v. Wyeth, et al.
NE 8 05-494                 Phyllis Stevenson v. Wyeth, Inc., et al.

SCHEDULE CTO-57 - TAG-ALONG ACTIONS    MDL-1507                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 1 05-2218 | Hwacha Thompson v. Wyeth, Inc., et al. |
| OHN 5 05-2224 | Shiela Zaidai, et al. v. Wyeth, Inc., et al. |
| **OREGON** | |
| OR 3 05-1556 | Marcia Cooper v. Wyeth, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 7 05-139 | Phyllis Short v. Wyeth, et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1592 | Doris Irene Gelstin v. Wyeth, et al. |